**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-7332

_____

LARRY M. STEELE,

                                      Petitioner - Appellant,

    versus

PATRICIA R. STANSBERRY, Warden,

                                  Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (CA-05-381-5)

_____

Submitted:  December 16, 2005    Decided:  December 28, 2005

_____

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry M. Steele, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry M. Steele, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error because the claim is foreclosed by our decision in <u>Yi v. Federal Bureau of Prisons</u>, 412 F.3d 526 (4th Cir. 2005). Accordingly, we grant leave to proceed in forma pauperis and affirm the order of the district court. <u>See</u> <u>Steele v. Stansberry</u>, No. CA-05-381-5 (E.D.N.C. July 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>